**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840
dmccarthy@hfbllp.com

Attorneys for Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES and JACK NOURAFSHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>                    Debtors. | D. Ct. Case No. 2:19-cv-09915-JFW<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>                    Debtor. | BK Case No. 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>                    Debtor. | BK Case No. 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>                    Plaintiff,<br>vs.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, et al.,<br>                    Defendants. | BK Adv. No. 1:17-ap-01040-MT<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |
| AND RELATED CROSS-ACTIONS | |

1

1. I am lead trial counsel and counsel of record for Elkwood Associates, LLC, Fieldbrook, Inc., Reliable Properties and Jack Nourafshan in above-captioned case no. 2:19-cv-09915-JFW in the United States District Court for the Central District of California, which was filed on November 19, 2019.

2. I am registered as an "ECF User." My e-mail address of record is dmccarthy@hfbllp.com. I, along with the other attorneys in my firm who may be involved in the representation of Elkwood Associates, LLC, Fieldbrook, Inc., Reliable Properties and Jack Nourafshan in the above-captioned action, consent to service and receipt of filed documents by electronic means in this case.

The foregoing is within my personal knowledge and if called as a witness in this matter I could and would competently testify thereto.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 3, 2019, at Los Angeles, California.

/s/ Daniel J. McCarthy
Daniel J. McCarthy

**PROOF OF SERVICE**

I, Sonia Padilla, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, 300 South Grand Avenue, Los Angeles, California 90071-3147. On December 3, 2019, I served the within documents:

**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by causing personal delivery by Delivery Service of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2019, at Los Angeles, California.

/s/ Sonia Padilla_____
Sonia Padilla

**Parties Who Have Not Appeared**
**(Served per L.R. 5-3.2.1)**

**Attorneys for Soda Partners, LLC**
Ronald N. Richards
P.O. Box 11480
Beverly Hills, California 90213

**Attorneys for DMARC 2007-CD5 GARDEN STREET**
Timothy Carl Aires
Aires Law Firm
6 Hughes, Suite 205
Irvine, CA 92618

**Attorneys for Citivest Financial Services, Inc.**
Scott Wyman, Esq.
P.O. Box 50053
Studio City, CA 91614

**Attorneys for**
**Quality Loan Service Corporation and**
**Chase Manhattan Mortgage Company**
Merdaud Jafarnia
McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101

**Attorneys for Fereydoun Dayani**
Behrouz Shafie
Law Offices Behrouz Shafie
and Associates
1575 Westwood Boulevard Suite 200
Los Angeles, CA 90024

**Registered Agent for State Street Bank and Trust Company**
CT Corporation System
155 Federal Street, Ste. 700
Boston, MA 02110

State Street Bank and Trust Company
Attn: Director or Officer
1 Lincoln Street
Boston, MA 02111