Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for Plaintiff David K. Gottlieb,
Chapter 11 Trustee of the Estates of Solyman
Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br>Debtors. | District Court Case Number: CV 19-9915-JFW<br>Bankruptcy Case No: 1:16-bk-12255-GM<br>Adversary Case No: 1:17-ap-01040-MT<br><br>Bankruptcy Court Case Numbers (Jointly Administered): |
| In re:<br>SOLYMAN YASHOUAFAR,<br>Debtor. | Case No.: 1:16-bk-12255-GM<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 11 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | Adversary Case Number:<br><br>1:17-ap-01040-GM |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br><br>Plaintiff,<br><br>v.<br><br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, AND STATE STREET BANK AND TRUST COMPANY,<br><br>Defendants. | **JUDGMENT ON TRUSTEE'S FIRST CLAIM FOR RELIEF (QUIET TITLE)**<br><br>Date:<br>Time:<br>Place: |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

DOCS_LA:324804.2 32274/001

This action came before the Court pursuant to a Report and Recommendation to the District Court Re Entry of Judgment on First Claim for Relief (Quiet Title) (the "Report") [Dkt. No.. ___] issued by the United States Bankruptcy Court, Central District of California (the "Bankruptcy Court") in that certain adversary proceeding (the "Adversary Proceeding") pending before it as case number 17-ap-01040-MT (the "Adversary Proceeding"). The Report also transmitted a copy of the Bankruptcy Court's Memorandum re Cross-Motions for Summary Judgment [Adv. Dkt. No. 91] (the "Memorandum"), Proposed Findings of Fact and Conclusions of Law based upon the Memorandum ("Proposed Findings") and a proposed form of Judgment (the "Proposed Judgment"). Plaintiff and Counter Defendant David K. Gottlieb, Chapter 11 Trustee for Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee") and Defendants and Counter Claimants Elkwood Associates LLC ("Elkwood") and Fieldbrook Inc. ("Fieldbrook" and, together with Elkwood, collectively the "Elkwood Defendants") have filed pleadings in this proceeding addressing whether this Court should adopt the Memorandum and enter the Proposed Findings and the Proposed Judgment. The Court has carefully considered the arguments of the Trustee and the Elkwood Defendants and has entered Findings of Fact and Conclusons of Law [Dkt. No. ___] (the "Entered Findings") based upon the Memorandum. Based thereon (and all capitalized terms not otherwise defined herein having the same meaning as set forth in the Entered Findings):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is hereby entered in favor of the Trustee and against the Elkwood Defendants and all of the other named defendants on the Trustee's First Claim for Relief for Quiet Title. Fee title to the following property ("Subject Property") is quieted in David K. Gottlieb, Chapter 11 Trustee for Massoud Aaron Yashouafar: real property commonly known as 910 North Rexford Drive, Beverly Hills, California 90210 and legally described as follows:

> Lot five and the Northerly 15 feet of Lot 4 of Tract No. 4201, in the city of Beverly Hills, County of Los Angeles, State of California, as per map recorded in book 46, page 63 of maps, in the office of the county recorder of said county.

DOCS_LA:324804.2 32274/001

2. The Rexford Foreclosure Sale is declared void and the Rexford Foreclosure Sale Deed (recording in the Office of the County Recorder of Los Angeles County on March 6, 2015 as document number 20150248924) is declared null and void.

3. Judgment is entered in favor of the Trustee and against Elkwood on Elkwood's Second Counterclaim (for reformation of the Fieldbrook Assignment) and Third Counterclaim (for Quiet Title to the Rexford Home). Counter Claimant Elkwood will take nothing by its First Amended Counterclaim.

4. The Elkwood Defendants, and each of them, and their respective successors, assigns, tenants, or agents shall have no right, title, estate, lien, or interest in the Subject Property, except that the Rexford DOT (recorded in the Office of the County Recorder of Los Angeles County on March 25, 2009 as document no. 20090425659) shall continue to encumber the Subject Property with the same validity, extent and priority as it had immediately prior to the Rexford Foreclosure Sale.

5. The Trustee is entitled to immediate possession of the Subject Property and the Trustee is entitled to the immediate issuance of a Writ of Possession with respect to the Subject Property.

6. This Judgment does not resolve the claim asserted against the Trustee in the Elkwood Defendants' Sixth Affirmative Defense, and any and all defenses, offsets and/or counterclaims that the Trustee has or may with respect to said claim.

DATED: December 10, 2019

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE