**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
300 South Grand Avenue, 37th Floor
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840
dmccarthy@hfbllp.com

Attorneys for Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES and JACK NOURAFSHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>　　　　　　　Debtors. | D. Ct. Case No.  2:19-cv-09915-JFW<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>　　　　　　　Debtor. | BK Case No. 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>　　　　　　　Debtor. | BK Case No. 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>　　　　　　　Plaintiff,<br>vs.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, et al.,<br>　　　　　　　Defendants. | BK Adv. No. 1:17-ap-01040-MT<br><br>**STIPULATION TO VACATE DECEMBER 10, 2019 RULINGS [DOCKET NOS. 9, 10 AND 11] AND TO SET BRIEFING SCHEDULE ON OBJECTIONS TO BANKRUPTCY COURT'S REPORT AND RECOMMENDATION**<br><br>**Action filed: 11/19/2019** |
| AND RELATED CROSS-ACTIONS | |

1

**TO: THE HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT COURT JUDGE:**

This Stipulation is entered into by and among Defendants, Counterclaimants, Cross-Complainants and Counterdefendants Elkwood Associates, LLC, and Fieldbrook, Inc., and Counterdefendants Reliable Properties and Jack Nourafshan (the "Elkwood Parties"); Plaintiff and Counter-Defendant David K. Gottlieb, Chapter 7 trustee for Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"); and Defendants, Counterclaimants and Cross-Defendants Howard Abselet and Israel Abselet (the "Abselets") (collectively, the "Parties"),[1] through their respective counsel of record, with reference to the following facts:

A. On April 25, 2017, the Trustee commenced the adversary proceeding no. 1:17-ap-01040 (the "Adversary Proceeding") against the certain Elkwood Parties, and the remaining Elkwood Parties later were added to the Proceeding.

B. On November 13, 2019, the Bankruptcy Court issued its "Report and Recommendation" (Docket No. 283 in the Adversary Proceeding). The Bankruptcy Court attached as exhibits to that Report and Recommendation proposed findings of fact and conclusions of law (the "Proposed FF&CL") and a proposed judgment (the "Proposed Judgment"), Exhibits D and E, respectively. On that same day, the Clerk of the Bankruptcy Court served all Parties, through their counsel of record, via ECF.

C. The Elkwood Parties filed an opposition (Docket No. 281 in the Adversary Proceeding) to the Trustee's "Motion for Issuance of a Report and Recommendation re Judgment on First Claim for Relief (Quiet Title)" [Docket No. 276 in the Adversary Proceeding] before the Bankruptcy Court issued its

---

[1] Multiple parties were named in the underlying adversary proceeding before the Bankruptcy Court (the "Adversary Proceeding" [Adv. Proc. No. 1:17-ap-01040-MT]), but were not actively involved in the Adversary Proceeding on the matters that ultimately resulted in the Bankruptcy Court's Report and Recommendation. As such, they are not parties to this Stipulation, but they are being served with it.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

Report and Recommendation, but did not file an objection to the Report and Recommendation, the Proposed FF&CL, or the Proposed Judgment after the Bankruptcy Court issued its Report and Recommendation.

D. The Elkwood Parties contend, among things, that they were entitled to file objections to the Report and Recommendation, the Proposed FF&CL, and the Proposed Judgment with the District Court because there is no applicable procedure set by statute or rule and because Federal Rule of Bankruptcy Procedure, rule 9033 ("Rule 9033") only applies to filing objections with the Clerk of the Bankruptcy Court to proposed findings and conclusions before they are entered by the Bankruptcy Court in a matter pending before it. The Trustee and the Abselets contend that under Rule 9033, any parties objecting to the Report and Recommendation, the Proposed FF&CL, or the Proposed Judgment had to file objections thereto with the Clerk of the Bankruptcy Court within 14 days of the Bankruptcy Court Clerk's service of the Report and Recommendation, and that there is no right to file separate objections in the District Court.

E. On November 16, 2019, the Report and Recommendation was filed with this Court [Docket No. 2 in this action], commencing this action, which was assigned to the Honorable John F. Walter.

F. On December 10, 2019, this Court entered minute order, in which the Court ruled that Rule 9033 allowed the Elkwood Parties 14 days to file an objection to the Proposed FF&CL and the Proposed Judgment; that the Elkwood Parties had filed a notice of intention to file a motion objecting to the Proposed FF&CL and the Proposed Judgment on December 3, 2019 [Docket No. 5 in this action]; but that the Elkwood Parties had not yet filed that motion and the time to do so had passed, and so their right to object was waived. [Docket No. 9 in this action.] Accordingly, the Court entered the Proposed FF&CL and the Proposed Judgment on December 10, 2019. [Docket Nos. 10 and 11 in this action.] The Parties refer to the

December 10, 2019 minute order, Judgment and FF&CL collectively as the "December 10 Rulings."

G.  Electronic notice of the December 10 Rulings was provided to the Trustee's counsel on December 11, 2019, but not to counsel for the Elkwood Parties or counsel for the Abselets.

H.  On December 12, 2019, counsel for the Elkwood Parties learned of the December 10, 2019 Rulings from the Trustee's counsel and arranged a telephonic meeting of counsel to occur on the afternoon of Friday, December 13, 2019, to discuss a motion by the Elkwood Parties for reconsideration of the December 10, 2019 Rulings.

I.  The Trustee and the Abselets believe that Rule 9033 barred any objections by the Elkwood Parties and that the December 10 Rulings were correct.

J.  Nevertheless, at the December 13, 2019 telephonic meeting, to resolve the Elkwood Parties' threatened motion for reconsideration, and to preclude a potential collateral issue in an appeal from any judgment that this Court may enter, the Trustee and the Abselets proposed that the Parties stipulate that the Court vacate the December 10, 2019 Rulings conditioned on the Court setting the briefing schedule on the Elkwood Parties' objection to the Proposed FF&CL and the Proposed Judgment (the "Objection") set forth below.  The Elkwood Parties subsequently agreed to that proposal, and agree that their right, if any, to file an Objection will be as set forth in this Stipulation and the proposed order on this Stipulation.

**WHEREFORE,** the Parties hereby agree as set forth below and they request that the Court enter the proposed Order attached hereto:

1.  The Court shall vacate all of its December 10 Rulings [Docket Nos. 9, 10 and 11].

2.  The Elkwood Parties shall have ten (10) calendar days from entry of an order of this Court approving this Stipulation to file an Objection (not to exceed

4

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

25 pages, exclusive of any exhibits) to entry by this Court of the Proposed FF&CL and the Proposed Judgment.

3. The Trustee and the Abselets shall have fourteen (14) calendar days from the filing of the Objection to file a joint response to the Objection (the "Joint Response"), which Joint Response shall not exceed 25 pages, exclusive of any exhibits.

4. The Elkwood Parties shall not file a reply to the Joint Response, unless the Court so orders.

5. The Objection and the Joint Response shall be deemed submitted to the Court for determination without the necessity of a hearing, unless the Court orders that a hearing is required.

6. The Parties shall not be required to file a joint report on the telephonic conference that they conducted on the Elkwood Parties' Objection to the Proposed FF&CL and the Proposed Judgment.

DATED: December 18, 2019     **HILL, FARRER & BURRILL LLP**

By: /s/ Daniel J. McCarthy
DANIEL J. McCARTHY
Attorneys for Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES and JACK NOURAFSHAN

// signatures continued on next page //

5

DATED: December 18, 2019     **PACHULSKI, STANG ZIEHL & JONES LLP**

By: /s/ Jeremy V. Richards
    JEREMY V. RICHARDS
    JOHN W. LUCAS
    Attorneys for Plaintiff and Counterdefendant
    David K. Gottlieb, as Chapter 11 Trustee
    for Massoud Aaron Yashouafar and
    Solyman Yashouafar

DATED: December 18, 2019     **THE DAVID FIRM®**

By: /s/ Henry S. David
    HENRY S. DAVID
    HAYIM M. GAMZO
    Attorneys for Defendants, Counterclaimants
    and Cross-Defendants Howard L. Abselet and
    Israel Abselet

Pursuant to L.R. 5-4.3.4, the filing party hereby attests that that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# PROOF OF SERVICE

I, Sonia Padilla, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, 300 South Grand Avenue, Los Angeles, California 90071-3147. On December 18, 2019, I served the within documents:

**STIPULATION TO VACATE DECEMBER 10, 2019 RULINGS [DOCKET NOS. 9, 10 AND 11] AND TO SET BRIEFING SCHEDULE ON BANKRUPTCY COURT'S REPORT AND RECOMMENDATION**

..　by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

　　by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

..　by causing personal delivery by Delivery Service of the document(s) listed above to the person(s) at the address(es) set forth below.

..　by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

..　by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2019, at Los Angeles, California.

　　　　　　　　　　　　/s/ Sonia Padilla_____
　　　　　　　　　　　　Sonia Padilla

**Parties Who Have Not Appeared
(Served per L.R. 5-3.2.1)**

**Attorneys for Soda Partners, LLC**
Ronald N. Richards
P.O. Box 11480
Beverly Hills, California 90213

**Attorneys for DMARC 2007-CD5 GARDEN STREET**
Timothy Carl Aires
Aires Law Firm
6 Hughes, Suite 205
Irvine, CA 92618

**Attorneys for Citivest
Financial Services, Inc.**
Scott Wyman, Esq.
P.O. Box 50053
Studio City, CA 91614

**Attorneys for
Quality Loan Service Corporation and
Chase Manhattan Mortgage Company**
Merdaud Jafarnia
McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101

**Attorneys for Fereydoun Dayani**
Behrouz Shafie
Law Offices Behrouz Shafie
and Associates
1575 Westwood Boulevard Suite 200
Los Angeles, CA 90024

**Registered Agent for State Street Bank and Trust Company**
CT Corporation System
155 Federal Street, Ste. 700
Boston, MA 02110

State Street Bank and Trust Company
Attn: Director or Officer
1 Lincoln Street
Boston, MA 02111

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147