HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR, Debtors. | D. Ct. Case No. 2:19-cv-09915-JFW<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>Debtor. | BK Case No. 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR, Debtor. | BK Case No. 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>Plaintiff,<br>vs.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, et al.,<br>Defendants. | BK Adv. No. 1:17-ap-01040-MT<br><br>**ORDER GRANTING STIPULATION TO VACATE DECEMBER 10, 2019 RULINGS [DOCKET NOS. 9, 10 AND 11] AND TO SET BRIEFING SCHEDULE ON OBJECTIONS TO ON BANKRUPTCY COURT'S REPORT AND RECOMMENDATION**<br><br>**Action filed: 11/19/2019** |
| AND RELATED CROSS-ACTIONS | |

The Court, having considered the "Stipulation to Vacate December 10, 2019 Rulings [Docket Nos. 9, 10 and 11] and to Set Briefing Schedule on Objections to Bankruptcy Court's Report and Recommendation" (the "Stipulation") of Defendants, Counterclaimants, Cross-Complainants and Counterdefendants Elkwood Associates, LLC, and Fieldbrook, Inc., and Counterdefendants Reliable Properties and Jack Nourafshan (the "Elkwood Parties"); Plaintiff and Counter-Defendant David K. Gottlieb, Chapter 7 trustee for Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"); and Defendants, Counterclaimants and Cross-Defendants Howard Abselet and Israel Abselet (the "Abselets") (collectively, the "Parties") that was filed with this Court on December 18, 2019, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved, as set forth herein.

2. The parties' right to file objections and any other pleadings with respect to this Court's review of the Bankruptcy Court's Report and Recommendation [Docket No. 2], and the related proposed Findings of Fact and Conclusions of Law and the proposed Judgment attached thereto shall be as set forth in this order.

3. This Court's minute order, Judgment, and Findings of Fact and Conclusions of Law, which were entered in the above-captioned action on December 10, 2019 [Docket Nos. 9, 10 and 11], are hereby vacated.

4. The Elkwood Parties shall have ten (10) calendar days from entry of this order to file an objection (not to exceed 25 pages, exclusive of exhibits) to entry by this Court of the proposed Findings of Fact and Conclusions of Law and the proposed Judgment.

5. The Trustee and the Abselets shall have fourteen (14) calendar days from the filing of the Objection to file a Joint Response to the Elkwood Parties' Objection, which Joint Response shall not exceed 25 pages (exclusive of exhibits).

6. The Elkwood Parties shall not file a reply to the Joint Response, unless the Court so orders.

7. The Objection and the Joint Response shall be deemed submitted to the Court for determination without the necessity of a hearing, unless the Court orders that a hearing is required.

8. The Parties shall not be required to file a joint report on the telephonic conference that they conducted on the Elkwood Parties' objection to the proposed Findings of Fact and Conclusions of Law and the proposed Judgment.

DATED:

The Honorable John F. Walter
Judge, United States District Court