| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
| Daniel J. McCarthy (SBN 101081)<br>HILL FARRER & BURRILL LLP<br>300 South Grand Avenue, 37th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 620-0460<br>ATTORNEY(S) FOR: Elkwood Associates, LLC, et al. | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David K. Gottlieb, as chapter 11 trustee<br>v.<br>Elkwood Associates, LLC, et al.<br>Plaintiff(s),<br>Defendant(s) | CASE NUMBER:<br>2:19-cv-09915-JFW<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Elkwood Associates, LLC, Fieldbrook, Inc., Reliable Properties, and Jack Nourafshan or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Howard Abselet | Defendant/Cross-Defendant/Counter-Claimant |
| Israel Abselet | Defendant/Cross-Defendant/Counter-Claimant |
| David K. Gottlieb, trustee for Solyman Yashouafar and Massoud Aaron Yashouafar | Plaintiff/Counter-Defendant |
| Soda Partners, LLC | Defendant/Cross-Defendant/Counter-Defendant |
| J.P. Morgan Chase Bank, N.A | Successor to Defendant Chase Manhattan Mortgage |
| Fereydoun Dayani | Counter-Defendant |
| DMARC 2007-CD5 Garden Street LLC | Defendant/Cross-Defendant/Counter-Defendant |
| Citivest Financial Services, Inc. | Defendant/ Counter-Defendant |

01/07/2020
Date

/s/ Daniel J. McCarthy
Signature

Attorney of record for (or name of party appearing in pro per):

Daniel J. McCarthy

| PARTY | CONNECTION |
|---|---|
| Edward Mazzarino | Officer of Citivest Financial Services, Inc. |
| Chase Manhattan Mortgage Co. | Defendant/Cross-Defendant/Counter-Defendant |
| J.P. Morgan Chase Custody Services, Inc. | Trustee on trust deed that attached to property that is the subject of this action |
| Quality Loan Service Corporation | Defendant/Cross-Defendant |
| State Street Bank & Trust | Defendant/Cross-Defendant |
| Solyman Yashouafar, trustee | Prior property owner |
| Massoud Aaron Yashouafar, trustee | Prior property owner |
| Elkwood Associates, LLC | Defendant/Counter-Claimant/Counter-Defendant |
| Fieldbrook, Inc. | Defendant/Counter-Defendant |
| Reliable Properties | Counter-Defendant |
| Jack Nourafshan | Counter-Defendant |
| Pacific Western Bank | Prior trust deed holder on property that is the subject of the action |
| Creditors in chapter 7 cases of Solyman Yashouafar and Massoud Aaron Yashouafar | Possible recipients of distributions of proceeds of litigation |

AO 72
(Rev. 8/82)

AO-72

**PROOF OF SERVICE**

I, Sonia Padilla, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, One California Plaza, 37th Floor, 300 South Grand Avenue, Los Angeles, California 90071-3147. On January 7, 2020, I served the within documents:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by causing personal delivery by Delivery Service of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*See Attached Service List*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 7, 2020, at Los Angeles, California.

/s/ Sonia Padilla_____
Sonia Padilla

**Parties Who Have Not Appeared**
**(Served per L.R. 5-3.2.1)**

**Attorneys for Soda Partners, LLC**
Ronald N. Richards
P.O. Box 11480
Beverly Hills, California 90213

**Attorneys for DMARC 2007-CD5 GARDEN STREET**
Timothy Carl Aires
Aires Law Firm
6 Hughes, Suite 205
Irvine, CA 92618

**Attorneys for Citivest Financial Services, Inc.**
Scott Wyman, Esq.
P.O. Box 50053
Studio City, CA 91614

**Attorneys for Quality Loan Service Corporation and Chase Manhattan Mortgage Company**
Merdaud Jafarnia
McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101

**Attorneys for Fereydoun Dayani**
Behrouz Shafie
Law Offices Behrouz Shafie
and Associates
1575 Westwood Boulevard Suite 200
Los Angeles, CA 90024

**Registered Agent for State Street Bank and Trust Company**
CT Corporation System
155 Federal Street, Ste. 700
Boston, MA 02110

State Street Bank and Trust Company
Attn: Director or Officer
1 Lincoln Street
Boston, MA 02111

**Attorneys for Howard and Israel Abselet**
Henry S. David
The David Firm
3415 S. Sepulveda Blvd., 11th Floor
Los Angeles, CA 90034