closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>  Debtors. | D. Ct. Case No. 2:19-cv-09915-JFW<br><br>Chapter 7<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>  Debtor. | BK Case No. 1:16-bk-12255-GM<br>Chapter 7 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>  Debtor. | BK Case No. 1:16-bk-12408-GM<br>Chapter 7 |
| Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>  Plaintiff,<br>vs.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, et al.,<br>  Defendants. | BK Adv. No. 1:17-ap-01040-MT<br><br>**STIPULATED JUDGMENT QUIETING TITLE TO REAL PROPERTY**<br><br>**Action filed: 11/19/2019** |
| AND RELATED CROSS-ACTIONS | |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

1  The Court, having considered the Stipulation for Entry of Stipulated
2  Judgment (the "Stipulation") of Defendants, Counterclaimants, Cross-Complainants
3  and Counterdefendants Elkwood Associates, LLC, and Fieldbrook, Inc., and
4  Counterdefendants Reliable Properties and Jack Nourafshan (the "Elkwood
5  Parties"); Plaintiff and Counter-Defendant David K. Gottlieb, Chapter 7 trustee for
6  Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"); and
7  Defendants, Counterclaimants and Cross-Defendants Howard Abselet and Israel
8  Abselet (the "Abselets") that was filed with this Court on June 4, 2020, as Exhibit
9  B to the Elkwood Parties' Motion for Entry of Stipulated Judgment [docket no. 32],
10 and good cause appearing,

11 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**
12 **FOLLOWS:**

13 1.  The Court's Order, Judgment and Findings of Fact and Conclusions of
14 Law that were entered in this action on March 20, 2020 [Docket No. 28], are hereby
15 vacated.

16 2.  Judgment is hereby entered in favor of Elkwood Associates, LLC, and
17 against all other parties quieting title to the real property known as 910 North
18 Rexford Drive, Beverly Hills, California 90210 (the "Subject Property"), in the
19 name of Elkwood Associates, LLC, as of February 23, 2015, subject only to the
20 deed of trust recorded on January 16, 2004, as instrument number 04-112689 in the
21 Los Angeles County Recorder's Office for the benefit of Chase Manhattan
22 Mortgage Corporation, and a lien to secure payment of real property taxes, whether
23 or not yet due and payable.  The legal description of the Subject Property is:
24   Lot 5 of the Northerly 15 feet of Lot 4 of Tract No. 4201, in the City of
25   Beverly Hills, County of Los Angeles, State of California, as per map
26   recorded in book 46, page 63 of maps, in the office of the county recorder of
27   said county.
28 //

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

3. The parties to this action shall bear their own fees and costs in this action.

DATED: July 2, 2020

_____
The Honorable John F. Walter
Judge, United States District Court